■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERWAYNE EMMANUS, Appellant. [750 NYS2d 889] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered May 4, 2000, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the sentencing court improperly considered charges of which he was acquitted as a

basis for imposing sentence is unpreserved for appellate review (*see* CPL 470.05 [2]), and, in any event, is without merit (*see People v Robinson*, 250 AD2d 629; *see also People v Hall*, 46 NY2d 873, 875, *cert denied* 444 US 848).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80). Altman, J.P., S. Miller, Adams and Cozier, JJ., concur.